# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00237-CR

In re James Morgan

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

In a pro se petition for writ of mandamus and accompanying brief filed in this Court on June 15, 2026, relator, James Morgan, appears to be requesting an order from this Court compelling the Ellis County Sheriff's Office and unnamed "Ellis County Officials" to release Morgan from jail pursuant to article 17.151 of the Texas Code of Criminal Procedure.

Because we are a court of appeals, we have original and appellate jurisdiction only as authorized by law. *See* TEX. CONST. art. V, § 6. We have original jurisdiction to issue writs of mandamus only against a judge of a district court, statutory county court, statutory probate county court, or county court in our district. *See* TEX. GOV'T CODE ANN. § 22.221(b). We do not have

original jurisdiction to issue a writ of mandamus against a sheriff or county "officials" as Morgan requests.

Accordingly, Morgan's petition for writ of mandamus is dismissed.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  June 25, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Do Not Publish
OT06

